# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| **JO DOSTAL** | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. 6:15cv96 |
| | § | |
| **COMMISSIONER, SOCIAL** | § | |
| **SECURITY ADMINISTRATION** | § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The Report and Recommendation of the Magistrate Judge, which contains her findings, conclusions, and recommendation for the disposition of this action, has been presented for consideration. The Report and Recommendation recommends that the decision of the Commissioner be affirmed and that the complaint be dismissed with prejudice. Plaintiff filed written objections on June 8, 2016.

Having made a *de novo* review of the objection filed by Plaintiff, the findings, conclusions and recommendation of the Magistrate Judge are correct and Plaintiff's objection is without merit. There is substantial evidence in the record supporting the Commissioner's decision. Plaintiff's objection merely states a conclusory allegation that the Report and Recommendation "fail[s] to address the ALJ's failure to apply the proper legal standards." The Report and Recommendation, however, fully considered the ALJ's decision in light of the applicable legal standards. The findings and conclusions of the Magistrate Judge are, therefore, adopted as those of the Court. It is

1

**ORDERED** that Plaintiff's objection is **OVERRULED**. The decision of the Commissioner is **AFFIRMED** and this Social Security action is **DISMISSED WITH PREJUDICE**. It is further

**ORDERED** that any motion not previously ruled on is **DENIED**.

**So Ordered and Signed**
**Sep 14, 2016**

_____
Ron Clark, United States District Judge